IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANGELA SUTTON, | * |
| Plaintiff, | * |
| v. | Case No. 4:16-cv-277 (CDL) |
| | * |
| SPICES FROM THE CARIBBEAN, INC., | * |
| Defendant. | * |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated December 6, 2016 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $ 9,307.79.  The amount shall accrue interest from the date of entry of judgment at the rate of  .80 % per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 6th day of December 2016.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk